JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>EMMA JEAN MICHAELSEN, in her individual and representative capacity as trustee of the Survivor's Revocable Trust Of The Michaelsen; LISETTE DELOYE; NEAL DELOYE; and Does 1-10,<br><br>    Defendants. | Case: 8:14-CV-01662-CJC-DFM<br><br>**ORDER** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 9, 2015

_____
HONORABLE CORMAC J CARNEY
UNITED STATES DISTRICT COURT JUDGE

1

Stipulation for Dismissal          Case: 8:14-CV-01662-CJC-DFM